**2014-0509. In re Application of Grimsley.**

This cause is pending before the court upon the filing of applicant's motion for clarification and/or modification.

Upon consideration thereof, it is ordered by the court that the motion is granted. It is ordered that Matthew Steven Grimsley is permitted to use his current registration application to apply for the February 2015 bar examination and is not required to initiate a new registration application. It is further ordered that to sit for the February 2015 bar examination, Grimsley shall submit a bar examination application in accordance with Gov.Bar R. I(3) no later than December 10, 2014, and establish that he has the requisite character, fitness, and other qualifications to practice law in Ohio. As a result, this matter will be directed to the appropriate admissions committee in accordance with Gov.Bar R. I(3) to determine Grimsley's character, fitness, and other qualifications to practice law in Ohio.

O'CONNOR, C.J., and O'DONNELL and KENNEDY, JJ., would deny the motion.

**2014-1555. In re Application of Libretti.**

This matter is pending before the court upon the filing by the Board of Commissioners on Character and Fitness of its final report.

Upon consideration of applicant's motion to strike and replace pleading of applicant Joseph V. Libretti Jr., it is ordered by the court that the motion is granted. The copy of applicant Joseph V. Libretti Jr.'s objections to the panel report and recommendation of the Board of Commissioners on Character and Fitness of the Supreme Court of Ohio that is attached to the motion to strike and replace hereby replaces applicant's objections filed on October 28, 2014.

**2014-1886. Taylor v. Crosby.**

Belmont App. No. 13 BE 32, 2014-Ohio-4433. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motions for admission pro hac vice of Chad C. Groome and David A. Jividen, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file notices of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.